## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| MICHAEL RUBIN, On Behalf of Himself and All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:17-cv-00185-GCM-DLH |
| v. | ) ) ) | |
| ASB BANCORP, INC., SUZANNE S. DEFERIE, PATRICIA S. SMITH, JOHN B. GOULD, JOHN B. DICKSON, LESLIE D. GREEN, KENNETH E. HORNOWSKI, STEPHEN P. MILLER, LAWRENCE B. SEIDMAN, ALISON J. SMITH, WYATT S. STEVENS, and KENNETH J. WRENCH, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby

voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants

have filed neither an answer nor a motion for summary judgment in the Action.

Dated: September 28, 2017

**WARD BLACK LAW**

By: /s/Janet Ward Black

Janet Ward Black
NC Bar No. 12869
Nancy Meyers
NC Bar No. 23339
208 West Wendover Avenue
Greensboro, NC 27401
Tel.: (336) 510-2014
Fax: (336) 510-2181
jwblack@wardblacklaw.com

*Attorneys for Plaintiff*

**OF COUNSEL:**

**WEISSLAW LLP**
Richard A. Acocelli
Michael A. Rogovin
Kelly C. Keenan
1500 Broadway, 16th Floor
New York, NY 10036
Tel.: (212) 682-3010

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail address denoted on the attached Electronic Mail Notice List.

/s/Janet Ward Black
Janet Ward Black
NC State Bar 12869
Attorney for Plaintiffs
Ward Black Law
208 W. Wendover Ave.
Greensboro, NC 27401
336-333-2244
jwblack@wardblacklaw.com

2